373 A.2d 1114

Commonwealth v. Adams, Appellant.

574

Submitted February 9, 1976. Walter Olenick, and Ronald E. Vican, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.